UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff:**
ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO

County of Residence:    COOK

Plaintiff's Atty:    Barry M. Bennett
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Fl.
Chicago, IL  60603
(312) 372-1361

**Defendant:**
SUPERIOR CONSTRUCTION GROUP, INC.

```
FILED: MARCH 26,2008
08CV1761 NF
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN
```

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:  - N/A
Defendant: - N/A

IV. Origin:    1. Original Proceeding

V. Nature of Suit:    720  Labor/Mgmt. Relations

VI. Cause of Action:    29 U.S.C. § 185 - Breach of labor contract.

VII. Requested in Complaint

Class Action:    No
Dollar Demand: N/A
Jury Demand:    No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____    Date: 3/25/08
Barry M. Bennett