# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR CONSTRUCTION GROUP, INC., <br><br> Defendant. | Docket Number: 08CV1761 <br><br> Assigned Judge: JUDGE CASTILLO <br><br> Designated Magistrate Judge: MAGISTRATE JUDGE BROWN |

TO: (Name and address of defendant)

> Superior Construction Group, Inc.
> c/o Mr. Jerzy Motolko, President
> 1540 Sanders Road
> Northbrook, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Barry M. Bennett
> Dowd, Bloch & Bennett
> 8 South Michigan Avenue, 19th Floor
> Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_
(By) DEPUTY CLERK

Date

**March 26, 2008**
Date

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: April 13'th, '08 |
| NAME OF SERVER (PRINT)   Mr. Don Johnson | TITLE  Special Process Server |

Check one box below to indicate appropriate method of service

XXX   Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mr. Jerzy Motolko, President of Superior Construction Group, Inc. Service was effected at 1540 Sanders Road, in Northbrook, Ill.

[_]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[_]   Returned unexecuted: _____

[_]   Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 13th, 2008
       Date

Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

Address of Server