# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1761 |
|---|---|

Illinois District Council No. 1 of the International Bricklayers and Allied Craftworkers, AFL-CIO
vs.

Superior Construction Group, Inc.                    ⊞

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Superior Construction Group, Inc.

---

**NAME (Type or print)**
ROBERT HABIB

**SIGNATURE (Use electronic signature if the appearance form is filed electronically)**
s/ Robert Habib

**FIRM**
LAW OFFICE OF ROBERT HABIB

**STREET ADDRESS**
77 W. WASHINGTON STREET, SUITE 411

**CITY/STATE/ZIP**
CHICAGO, ILLINOIS 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283600 | (312) 201-1421 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☑          NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☑          NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☑          NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑          APPOINTED COUNSEL ☐