**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1761 |
| Illinois District Council No. 1 of the International Bricklayers and Allied Craftworkers, AFL-CIO | |
| vs. | |
| Superior Construction Group, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Superior Construction Group, Inc.

| |
|---|
| NAME (Type or print) |
| PETER C. NABHANI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter C. Nabhani |
| FIRM |
| LAW OFFICE OF ROBERT HABIB |
| STREET ADDRESS |
| 77 W. WASHINGTON STREET, SUITE 411 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60622 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283600 | (312) 201-1421 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐