# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1761 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Illinois District Council No. 1 of the Int'l. Union of Bricklayers vs. Superior Construction Group, Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of the case docket, the Court hereby enters a default against defendant Superior Construction Group, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to consider the entry of an appropriate default judgment. The parties should exhaust all settlement possibilities. The status report due 5/12/2008 and status hearing set for 5/15/2008 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-01761　Document 11　Filed 05/07/2008　Page 1 of 1

08C1761 Illinois District Council No. 1 of the Int'l. Union of Bricklayers vs. Superior Construction Group, Inc.　　Page 1 of 1