UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR CONSTRUCTION GROUP, INC.,<br><br>    Defendant. | Case No. 08 C 1761<br><br>Judge Castillo<br><br>Magistrate Judge Brown |

### NOTICE OF MOTION

To:  Superior Construction Group, Inc.
     c/o Mr. Jerzy Motolko, President
     1540 Sanders Road
     Northbrook, IL  60062

   PLEASE TAKE NOTICE that on May 15, 2008, at 9:45 a.m. or as soon thereafter as I may be heard, which is the time and date of a scheduled hearing, I will appear before the Honorable Ruben Castillo, or any judge sitting in his place, at the courtroom usually occupied by him, in Room 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present a motion for a default judgment and entry of final order, a copy of which is attached and served upon you.

                                         /s/ Barry M. Bennett
                                         Attorney for
                                    Illinois District Council No. 1 of
                                   the International Union of Bricklayers
                                    and Allied Craftworkers, AFL-CIO

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361

F:\B -DC 1\Superior Construction 08-1761\05.07.08 Filing\Notice of Motion-1 FINAL.wpd