UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>          Plaintiff,<br>-vs-<br><br>SUPERIOR CONSTRUCTION GROUP, INC.,<br><br>          Defendant. | Case No. 08 C 1761<br><br>Judge Castillo<br><br>Magistrate Judge Brown |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE APPEARANCE AND ANSWER *INSTANTER* AND VACATE DEFAULT

**NOW COMES** the Defendant, SUPERIOR CONSTRUCTION GROUP, INC., by and through its attorney, ROBERT HABIB, and moves this Honorable for leave to file its Appearance, and Answer and Vacate Default entered May 7, 2008, *instanter*, and in support thereof, states as follows:

    1.   That the Defendant, SUPERIOR CONSTRUCTION GROUP, INC., retained attorney ROBERT HABIB, on May 5, 2008, to represent it in this matter.

    2.   That the Defendant is prepared to file its Answer immediately.

    3.   That the Defendant requests the default entered May 7, 2008 be vacated.

**WHEREFORE**, The Defendant prays that this Honorable Court enter an Order granting it leave to file its Appearance, and Answer *instanter* and Vacate the default entered May 7, 2008.

/s/ Robert Habib\_\_\_\_
**ROBERT HABIB**

**ROBERT HABIB**
**Attorney No. 3128545**
**Attorney Defendant**
**77 West Washington Street**
**Suite 411**
**Chicago, Illinois  60602**
**(312) 201-1421**