UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, <br><br>　　　　　　Plaintiff, <br>-vs- <br><br>SUPERIOR CONSTRUCTION GROUP, INC., <br><br>　　　　　　Defendant. | ) ) ) Case No. 08 C 1761 ) ) Judge Castillo ) ) ) Magistrate Judge Brown ) ) ) ) |

### NOTICE OF MOTION

**TO:**  DOWD, BLOCH & BENNETT
　　　8 SOUTH MICHIGAN AVE., 19TH FLOOR
　　　CHICAGO, IL 60603

**TAKE NOTICE** that on the 15th day of May 2008, at 9:45 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo, in the courtroom usually occupied by him in Room 2319 at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Motion, whereas you may be present if you so see fit.

　　　　　　　　　　　　　　　　　/s/ Robert Habib_____
　　　　　　　　　　　　　　　　　ROBERT HABIB

**Atty. No. 3128545**
**Attorney for Plaintiff**
**77 W. Washington St. #411**
**Chicago, Illinois 60602**
**(312) 201-1421**

### CERTIFICATE OF SERVICE

I, Robert Habib, hereby certify that a copy of this Notice and a copy of the Plaintiff's Motion for Leave to File Appearance and Answer *Instanter* and Vacate Default were served, on the above-named, by electronically filing same with the Clerk of the U.S. District Court for the Northern District of Illinois on the 8th day of May 2008.

　　　　　　　　　　　　　　　　　/s/ Robert Habib _____
　　　　　　　　　　　　　　　　　ROBERT HABIB