UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Illinois District Council No. 1 of The International Union
of Bricklayers and Allied Craftworkers, AFL–CIO

Plaintiff,

v.

Case No.: 1:08−cv−01761

Honorable Ruben Castillo

Superior Construction Group, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

MINUTE entry before Judge Honorable Ruben Castillo:Plaintiff's motion for default judgment and entry of final order [12] and Defendant's motion to vacate default [14] are entered and continued to 5/14/2008 at 9:30 a.m. Motion hearing set for 5/15/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.