

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1761 | **DATE** | 5/14/2008 |
| **CASE TITLE** | IL District Council No. 1 of the Int'l Union of Bricklayers vs. Superior Construction Group, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/14/2008. Plaintiffs' motion for default judgment and entry of final order [12] is granted. Enter Judgment Order. Defendant's motion to vacate default [14] is denied.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | RO |
|---|---|---|