

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>         Plaintiff,<br><br>v.<br><br>SUPERIOR CONSTRUCTION GROUP, INC.,<br><br>         Defendant. | Case No. 08 C 1761<br><br>Judge Castillo<br><br>Magistrate Judge Brown |

## JUDGMENT ORDER

This matter came before the Court on motion for a default judgment and entry of a final order filed by Plaintiff Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Union"), the Court has examined the Union's submissions and is fully informed, and it appears that good cause exists for granting the Union's motion.

Therefore, IT IS ORDERED as follows:

1.    The Union's motion for entry of a default judgment against Defendant Superior Construction Group, Inc. ("Company"), is granted;

2.    Superior Construction Group, Inc., is ordered to provide the Union with a bond in the amount of $30,000.00 and in the required form or, in the alternative, to make a payment to the Union in the amount of $30,000.00 to serve as a cash bond;

3. Superior Construction Group, Inc., is ordered to refrain from performing any work within the geographic and craft jurisdiction of the Union, regardless of the name or business form under which it performs such work, unless and until it provides the bond or cash bond;

4. Superior Construction Group, Inc., is ordered to pay the Union $2,577.75 as reimbursement of its fees and costs; and

5. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

SO ORDERED.

_____
Ruben Castillo, J.

Date: 5/14/08